No. 84–5607.   LISK v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–5614.   SCRIBER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5668.   CLARK v. MAGGIO, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–5702.   ZARINSKY v. FENTON, SUPERINTENDENT, RAHWAY STATE PRISON.   C. A. 3d Cir.   Certiorari denied.

No. 84–5739.   PHELPS v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 84–5801.   AUSTIN v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, WAUPUN, WISCONSIN.   C. A. 7th Cir.   Certiorari denied.

No. 84–5837.   DEVINCENT v. UNITED STATES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–5879.   BROWN v. BALKCOM, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5914.   HENRY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5922.   SLATER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–6055.   HANSON v. RUTHERFORD ET AL.   Sup. Ct. Ore. Certiorari denied.

No. 84–6060.   ROSS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 84–6062.   GEIDEL v. FULCOMER ET AL.   C. A. 3d Cir. Certiorari denied.

No. 84–6063.   LEE v. STEPHENSON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 84–6078.   WILKINS v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.